IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
     v.                      )    CRIMINAL ACTION NO.
                             )       2:10cr141-MHT
JOHN EDWIN SAWYER,           )           (WO)
CHAD EDWIN LANGFORD,         )
TAMMY RENEE BUSH,            )
and SARITA CAROL SCHOFIELD   )
```

## OPINION AND ORDER

This cause is before the court on the government's motion to continue made on November 5, 2010. For the reasons set forth below, the court finds that jury selection and trial, now set for December 6, 2010, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not
> guilty is entered, the trial of a

> defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the

interest of the public and defendants John Edwin Sawyer, Chad Edwin Langford, Tammy Renee Bush, and Sarita Carol Schofield in a speedy trial.  The government has represented that it is involved in ongoing plea negotiations with the four defendants.  For each defendant, the negotiations involve active assistance to law enforcement.  For these reasons, the government does not believe the parties will be able to resolve the charges in the case prior to the scheduled trial date of December 6, 2010.  The government further represents that it has contacted counsel for each defendant and determined that none of them opposes the continuance.

Accordingly, it is ORDERED as follows:

(1) The government's motion for continuance (Doc. No. 41) is granted.

(2) The jury selection and trial of defendants John Edwin Sawyer, Chad Edwin Langford, Tammy Renee Bush, and Sarita Carol Schofield, now set for December 6, 2010, are reset for February 28, 2011, at 10:00 a.m., in Courtroom

2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 12th day of November, 2010.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**