IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr141-MHT |
| | ) | (WO) |
| CHAD EDWIN LANGFORD | ) | |

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered October 14, 2016, and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Chad Edwin Langford's motion for

sentence reduction (doc. no. 182) is granted as follows.

(2) Pursuant to 18 U.S.C. § 3582(c)(2), defendant Langford's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 190 months on counts 1 and 2 of the superseding indictment is reduced to 153 months (to run concurrently with a sentence of imprisonment of 120 months on count 4).

DONE, this the 30th day of November, 2016.

　　　　　　　　　　　　　/s/ Myron H. Thompson　　
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE