**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:10cr141-MHT** |
| | ) | **(WO)** |
| **CHAD EDWIN LANGFORD** | ) | |

**ORDER**

It is ORDERED that defendant Chad Edwin Langford's motion for compassionate release and related motions (Doc. 221 & Doc. 232) are denied as moot, as he is soon to be on supervised release.

DONE, this the 31st day of August, 2022.

                                            /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**