IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:10cr141-MHT
                            )            (WO)
CHAD EDWIN LANGFORD         )
```

## AMENDED ORDER

Based on the representations made on the record on October 4, 2023, it is ORDERED that defendant Chad Edwin Langford's special conditions of supervised release are modified to add the following conditions:

(1) Defendant Chad Edwin Langford shall complete six months in a halfway house facility that is capable of continuing with defendant Langford's prescribed treatment with suboxone and psychotropic medication, and that is located outside of Montgomery, Alabama, and preferably is located in Atlanta, Georgia, or, if not available there, in Birmingham, Alabama.

(2) Defendant Langford shall consult with a psychiatrist for evaluation of whether he would benefit from additional psychotropic medications. The probation officer shall arrange for the consultation.

(3) Defendant Langford shall attend regular psychotherapy at the frequency recommended by the provider, with the therapy to be arranged by the probation officer.

It is further ORDERED that defense counsel shall notify the court when a bed becomes available at the halfway house, at which point the court will order the release of defendant Langford and the above conditions will take effect.

DONE, this the 5th day of October, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**