IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:10cr141-MHT
                            )            (WO)
CHAD EDWIN LANGFORD         )
```

## ORDER

It is ORDERED that, on October 25, 2023, at 3:00 p.m., the United States Marshal shall promptly release defendant Chad Edwin Langford to the custody of the Federal Defenders Office for transport to Dismas Charities.

It is further ORDERED that defendant Langford shall be released with a month's supply of his current medication.

DONE, this the 25th day of October, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE