IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:10cr141-MHT
                            )            (WO)
CHAD EDWIN LANGFORD         )
```

### ORDER AND REVOCATION JUDGMENT

Upon consideration of the parties' joint motion to impose judgment and waiver of a final revocation hearing (Doc. 306); after considering the factors outlined in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), *see* 18 U.S.C. § 3583(e); and based on the statement of the supervising probation officer that the proposed resolution would be appropriate, it is ORDERED that the parties' joint motion to impose judgment is granted.

Based on the parties' agreement set forth in the joint motion, it is the JUDGMENT of the court that:

(1) Based on defendant Chad Edwin Langford's plea

of guilty to violations 1 and 5, and on his plea of no contest to violations 6, 7, and 8 of the amended petition for revocation (Doc. 291 and Doc. 296), defendant Langford is adjudged guilty of these violations, and his term of supervision is revoked.

(2) The government's motion to dismiss violations 2, 3, and 4 of the amended petition for revocation is granted.

(3) Defendant Chad Edwin Langford is sentenced to a term of imprisonment of time served, with no term of supervision to follow.

DONE, this the 10th day of April, 2025.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE